UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAR 17 2009

| | |
|---|---|
| Tara Huse,<br><br>    Plaintiff,<br>v.<br><br>Bonded Credit Company, Inc.,<br><br>    Defendant. | Case No. 3:08-cv-00724-slc<br><br>(proposed) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO TRANSFER |

For good cause shown, the Court hereby GRANTS Plaintiff's Unopposed Motion to Transfer.

It is hereby ORDERED, ADJUDGED, and DECREED that the above-captioned matter shall be transferred to the Eastern District of Wisconsin, Green Bay Division.

**IT IS SO ORDERED.**

Dated: *March 16, 2009*

*Barbara B. Crabb*
~~Stephen L. Croker,~~ U.S. District Judge
Western District of Wisconsin